[No. 16790-5-II.     Division Two.     April 7, 1995.]

DAVID JOHNSON, *Appellant*, v. DEAN M. WARNS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-2-00815-3, David E. Foscue, J., entered January 7, 1993. *Reversed* and *remanded* by unpublished opinion per Fleisher, J., concurred in by Seinfeld, C.J., and Wiggins, J.

[No. 17004-3-II.     Division Two.     April 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWAYNE A. GILLON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00806-6, Leonard Costello, J., entered March 26, 1993. *Affirmed* by unpublished opinion per Worswick, J. Pro Tem., concurred in by Morgan and Bridgewater, JJ.

[No. 28447-9-I.     Division One.     April 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL GARCIA CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07591-1, James A. Noe, J., entered May 10, 1991. *Affirmed* by unpublished per curiam opinion.